dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-052-CV

LLOYD MARK SUTTON (a/k/a MARK APPELLANTS

SUTTON) AND BLOCK DIVISION, INC.

V.

LLOYD P. SUTTON, DANIEL C. SUTTON, APPELLEES

PAULA L. WHITE, AND BOB DAY

----------

FROM 
COUNTY COURT AT LAW NO. 2 OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant Block Division, Inc.’s “(Unopposed) Motion To Dismiss Party From Appeal.”  Because appellees do not oppose the motion, it is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of appellant Block Division, Inc..  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(2)(A), 43.2(f).  This case shall hereafter be styled “
Lloyd Mark Sutton (a/k/a Mark Sutton) v. 
Lloyd P. Sutton, Daniel C. Sutton, Paula L. White, and Bob Day.”  

Appellant Block Division, Inc. shall pay its costs of the appeal, for which let execution issue.  
See 
Tex. R. App. P.
 42.1(d).

PER CURIAM 

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: April 21, 2005

FOOTNOTES
1:
See 
T
ex
. R. A
pp
. P. 47.4.